17 A.3d 815

MISTI BLESSING, AN INDIVIDUAL AND DAVID BLESSING, AN INDIVIDUAL, PLAINTIFFS–APPELLANTS, v. JOHNSON & JOHNSON, A CORPORATION, ET AL., DEFENDANTS–RESPONDENTS.

April 12, 2011.

This matter having been argued before the Court on November 9, 2010, and the Court having duly considered the matter;

And the Court having been advised that the parties having entered into a settlement agreement for binding arbitration;

It is ORDERED that the within appeal be and hereby is dismissed as moot.